# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover     Date:  June 25, 2012
Court Reporter:       Paul Zuckerman
Probation Officer:    Jeannette Woll
Interpreter:           Malinda Gonzales-Hibner

Criminal Action No. 11-cr-00396-MSK

*Parties*:                                      *Counsel*:

UNITED STATES OF AMERICA,      Mark Barrett

              Plaintiff,

v.

FERNANDEZ VALENTE CHAVEZ-      Edward Pluss
PEREZ,

              Defendant.

---

## SENTENCING MINUTES

---

**11:04 a.m.**    **Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on November 21, 2012.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #26, #34).**  Agrument.

Allocution. - Statements made by:  The Government, the defendant,  defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**    Motion at Doc. #31 is **WITHDRAWN**.  Motions for Variance **(Doc. #26, #34)** are **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:24 a.m.**    **Court in recess.**

Total Time:    20 minutes.
Hearing concluded.